# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 3:17mj264
Priority Mail Parcel, USPS Tracking Number, 9505 5120 2826 7145 )
0754 24, postmarked May 25, 2017, addressed to Carolyn Mitchell, )
5218 Weddington Dr, Trotwood, Ohio 45426, with a return address of )
Toni M Sanchez, 917 E. Spence Ave Apt 1, Tempe, AZ 85281-5711. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail, USPS Tracking Number, 9505 5120 2826 7145 0754 24 (See Attachment "A")

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846 | Conspiracy to distribute a controlled substance |
| 21 U.S.C. 841 (a) (1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 843 (b) | Use of a Communication Facility |

The application is based on these facts:

See attached affidavit of U.S. POSTAL INSPECTOR ANDREW W. KREMER

☒ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

ANDREW W. KREMER, U.S. POSTAL INSPECTOR
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-13-17

*Judge's signature*

City and state: DAYTON, OHIO

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

The property to be searched is the package associated with **Priority Mail, USPS Tracking Number: 9505 5120 2826 7145 0754 24**, addressed to Carolyn Mitchell, 5218 Weddington Dr, Trotwood, Ohio 45426, with a return address of Toni M. Sanchez, 917 E. Spence Ave Apt 1, Tempe, AZ 85281-5711.



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, DETECTIVE T. HUTSON, AM, AND HAVE BEEN, EMPLOYED BY THE MONTGOMERY COUNTY SHERIFF'S DEPARTMENT (OHIO), SINCE 9/1998. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "GUNNER", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

Marijuana, Hashish, Cocaine, Heroin, Methamphetamines, Ecstasy

ON 5/30/2017, AT THE REQUEST OF POSTAL INSPECTOR A.W.KREMER, I RESPONDED TO THE DAYTON, OH PROCESSING AND DISTROBUTION CENTER WHERE "GUNNER" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

USPS Priority Mail, USPS Tracking Number: 9505 5120 2826 7145 0754 24, addressed to Carolyn Mitchell, 5218 Weddington Dr, Trotwood, Ohio 45426 with a return address of Toni M Sanchez, 917 E. Spence Ave Apt 1, Tempe, AZ 85281-5711.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "GUNNER", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009

# AFFIDAVIT

I, ANDREW W. KREMER, having been duly sworn, depose and state:

1. I am a United States Postal Inspector, having been so employed since May 19, 2012. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for southwest Ohio and northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the illegal transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. Your Affiant completed United States Postal Inspection Service Basic Training in May 2012. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail. In addition to this formal training, your Affiant has worked since May 2012 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

3. This Affidavit is made in support of a search warrant for the following property, namely a package associated with the following United States Postal Service (USPS) Priority Mail, USPS Tracking Number:

    a.   9505 5120 2826 7145 0754 24

   as further described in Attachment A. This affidavit is made in support of a warrant to search the package for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed in relation to the following offenses:

    a.   Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841,

    b.   Use of a Communication Facility, in violation of Title 21, United States Code, § 843(b), and

    c.   Conspiracy to Possess with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 846.

   Because this affidavit is submitted in support of the application of the United States to search the parcel, it does not include every fact known concerning this investigation, I have set forth facts and circumstances that I have relied upon to establish probable cause to justify the issuance of a warrant to search the above-described parcel.

4. Your Affiant has become aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail, services offered by the USPS, to transport narcotics and other dangerous controlled substances. As a result of investigations and successful controlled

substance prosecutions where Priority Mail Express and/or Priority Mail were used, your Affiant has learned of certain characteristics indicative of other Priority Mail Express and/or Priority Mail items previously identified as containing narcotics or other dangerous controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion - false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

5. In May 2017, your Affiant identified multiple mailings to 5218 Weddington Dr, Dayton, Ohio 45426, mailed out of Tempe, Arizona. On May 26, 2017, your Affiant located a Priority Mail package mailed out of Tempe, Arizona to 5218 Weddington Dr, Dayton, Ohio 45426 and set for delivery on May 27, 2017. On May 26, 2017, your Affaint contacted a supervisor at the Trotwood Post Office, Dayton Ohio, and instructed him to secure the package for further investigation by your Affiant. On May 30, 2017, your Affiant observed and took custody of the parcel.

The parcel is further described as:

**Priority Mail, USPS Tracking Number: 9505 5120 2826 7145 0754 24**

**Sender:** Toni M Sanchez
917 E. Spence Ave Apt 1
Tempe, AZ 85281-5711

**Addressee:** Carolyn Mitchell
5218 Weddington Dr
Trotwood, Ohio 45426

6. Observation and USPS tracking information of the above listed Priority Mail parcel, by your Affiant indicated it was mailed from the Tempe Retail Store Post Office, Tempe Arizona 85281. Also, all seams on the parcel had been taped.

7. The Consolidated Lead Evaluation and Reporting (CLEAR) database system was researched by your Affiant regarding the listed return address, Toni M Sanchez, 917 E. Spence Ave Apt 1, Tempe, AZ 85281-5711. CLEAR is a public record data investigative platform available exclusively to law enforcement and other government investigators about people and businesses. The information obtained from the system indicated there is a Toni M Sanchez associated with that address.

8. The CLEAR database was researched by your Affiant regarding the listed addressee on the package, Carolyn Mitchell, 5218 Weddington Dr, Trotwood, Ohio 45426. The

2

information obtained from the system indicated there is no Carolyn Mitchell associated with that address.

9. On May 30, 2017, your Affiant arranged for Detective Tony Hutson, Montgomery County (Ohio) Sheriff's Department for a narcotics canine to check the parcel. Detective Hutson and his canine "Gunner" are a currently certified narcotics team. The team is certified by the Ohio Peace Officer Training Commission and the Office of the Attorney General (Ohio). On the same date, your Affiant met Detective Hutson at the USPS Dayton, Ohio Processing and Distribution Center where the parcel listed above was placed in separate office among several other similar parcels and presented to narcotic canine, "Gunner", who alerted positively to the presence or odor of a controlled substance upon the USPS package described below:

    a. **Priority Mail , USPS Tracking Number: 9505 5120 2826 7145 0754 24**

Attached herewith, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

10. Based upon my experience and training, this information, along with the positive alert of narcotic canine "Gunner" is indicative of the parcel containing narcotics or proceeds relating thereof.

//

//

//

//

//

//

//

//

//

//

//

//

3

11. Based upon the information contained in this affidavit, your Affiant believes that there is probable cause to believe that the parcel described below will contain evidence and/or contraband, fruits of crime, or other items illegally possessed:

    b.      Priority Mail , USPS Tracking Number: 9505 5120 2826 7145 0754 24

Therefore, a search warrant to open the parcels is requested.

                                        Further, your Affiant sayeth naught.

ANDREW W. KREMER
U.S. POSTAL INSPECTOR

Subscribed and sworn to and before me this __13th__ day of June, 2017

SHARON L. OVINGTON
UNITED STATES MAGISTRATE JUDGE

4